USC §1983 Habeas Corpus

U.S. COURTS
NOV 05 2025
Rcvd_____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Dillen J Endres        CV 25-0636-N-DKG

Vs.

State of Idaho, IDOC, Shoshone County, Kootenia County.

October 29th 2025.

I Dillen Endres am seeking relief in forma papues on Writ of habeaus Corpus.

I am being held without bond and without charge. To which my charges have been dismissed. But I am being held against my own will and my life & liberty is being withheld.

On september 7th 2025 I was arrested for 3 felonies. On September 18th all of my felonies were dismissed CR40-25-1485 for Shoshone County. The prosecuter dropped the felonies with prejudices in light of evidence. At which time I was now passed off to Idaho Probation & parole warrent. All arising from the dismissed charges in Shoshone County.

pg #1 of 3

Idaho Statute 20-1008 states that IDOC parolee has the right to a hearing within 30 days of said date of accused is served with warrent/charges. It also says that the charges if found guilty will revocate parolee. I was never found guilty but my parole was revoked on September 29th 2025 by commissioner Steven Hurst. To which I stated at the hearing that my charges were dismissed and that I did not understand the process of parole revocation I was then remanded to see the parole commission At this point I was held for 52 days before seeing Onsite hearing. To which I am still being held without bail or reprieve.

I was arrested in Shoshone County and am now being held by Kootenia County for IDOC, in the state of Idaho. The State has not held to their own laws regarding parole revocation. Nor have they shown due diligence in resolving parole hearings or revocation hearings.

I am now asking for court intervention of my incarceration, And the freedom from wrongful prosecution and conviction. I am also seeking monitary relief of $1,500,000.00 for the period of incercaration under the care of Idaho Pardon & Parol, Kootenia County, and Shoshone County.

My unlawful confinement and the fact that I am held without bond or charges against me. Appears on its face the inhumane cause of unjustly presidence and unrudely circumstance. I am held with out liberty or freedom and no way to ask for reprieve other then through the district court. My rights are being violated and I am being retalliated against for a crime I did not commit. with out due process. And against the same exact laws issued to resolve such matters. Idaho Statute 20-1010.

I am asking the courts relief in this matter of law and account for my freedom being with held.

Pg 3 of 3

Dillon Eubas
KCSO Jail
5500 N government way
CDA ID 83815



SPOKANE WA 990
3 NOV 2025 PM 3

United States District Court
Habeous Corpus
6450 N. Mineral Drive
CDA ID 83815

U.S. MARSHAL
District of Idaho
NOV 05 2025
EXAMINED

*Legal Mail*